UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 24 P 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.

**04   1 1 4 4 7   MLW**

J.L. 2 NGUYEN, INC., )
    Plaintiff )
     )
     )
v. )
     )
     )
FRANKLIN FRYER, JEFFREY )
RICHARDS, ROBERT J. LEARY, )
RICHARD T. MARINO and )
JAMES THOMAS, As They )
Constitute The Board of License )
Commissioners For The Town of )
Weymouth, )
    Defendants )

MAGISTRATE JUDGE _Dein_

RECEIPT # _o 56896_
AMOUNT $ _._
SUMMONS ISSUED _NIX_
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY CLK _WM_
DATE _1/24/04_

### NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441 (a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS:

    Defendants Franklin Freyer, Jeffrey Richards, Robert J. Leary, Richard T. Marino and

James Thomas, as they constitute the Board of License Commissioners for the Town of

Weymouth, respectfully give notice that they have removed the above entitled action to the

United States District Court for the District of Massachusetts, civil section, from the Superior

Court for the Commonwealth of Massachusetts in and for Norfolk County and for their notice of

removal state:

1.    Defendants Franklin Freyer, Jeffrey Richards, Robert J. Leary, Richard T. Marino and

    James Thomas As They Constitute the Board of License Commissioners for the Town of

    Weymouth (hereinafter"Defendants") are named as defendants by Plaintiff J.L. 2

    Nguyen, Inc. in a civil action filed in the Superior Court of the Commonwealth of

Massachusetts in and for Norfolk County entitled <u>J.L. 2 Nguyen, Inc. v. Franklin Freyer, Jeffrey Richards, Robert J. Leary, Richard T. Marino and James Thomas As They Constitute the Board of License Commissioners for the Town of Weymouth</u>, Civil Docket No. NOCV2004-00839-A. See copy of Complaint attached as "Exhibit A." On June 1, 2004, the Defendants were served with a Summons and copy of the Plaintiff's Complaint. See copy of Summons attached as "Exhibit B." The Defendants have not yet answered the Summonses and Complaint, nor has an appearance of counsel been filed on their behalf.

2.   This is a suit of wholly civil nature filed in a Massachusetts State Court. The action is pending in Norfolk County, Massachusetts and, accordingly, under 28 U.S.C. §§101 and 1441(a), the United States District Court for the District of Massachusetts is a proper forum for removal.

3.   The United States District Court has original jurisdiction over this action under 28 U.S.C. §1331, due to questions of federal law raised by the Complaint. Specifically, the Plaintiff alleges that the Defendants are liable for "a violation of the Plaintiff's Civil Rights as enumerated in 42 U.S.C.A. §1983." See Complaint, Count 1. Based on the Complaint and upon discussions had with the Plaintiff's attorney prior to the removal of this matter, the Defendants understand the Plaintiff intends that the allegations of Court 1 state a claim of civil liability under 42 U.S.C.A. §1983.

4.   The Defendants are filing this Notice within thirty (30) days of the service of the Summons and Complaint upon them, within thirty (30) days of the date this action became removable, and within the time for filing this petition. See 28 U.S.C. §1446.

5.   The Defendants will file a Notice of Filing this Notice of Removal and a copy of this

Notice with the Clerk of the Superior Court of Massachusetts, County of Norfolk.

6.   Pursuant to Local Rule 81.1(a), the Defendants will request of the Clerk of the Superior

Court of Massachusetts, County of Dedham, certified or attested copies of all records and

proceedings in the State Court and certified or attested copies of all docket entries therein

and will file the same with this Court within thirty (30) days after the filing of this Notice

of Removal.


WHEREFORE, Defendants Franklin Freyer, Jeffrey Richards, Robert J. Leary, Richard

T. Marino and James Thomas As They Constitute the Board of License Commissioners for the

Town of Weymouth, give notice that the above action now pending in the Superior Court of the

Commonwealth of Massachusetts in and for Norfolk County is removed from that Court to this

United States District Court.

                              Respectfully submitted,

                              The Petitioners,
                              FRANKLIN FRYER, JEFFREY RICHARDS, ROBERT J.
                              LEARY, RICHARD T. MARINO and JAMES THOMAS,
                              As They Constitute The Board of License Commissioners
                              For The Town of Weymouth,
                              By their attorneys,



                              William P. Breen, Jr., Esq. BBO # 558768
                              MURPHY, HESSE, TOOMEY & LEHANE, LLP
                              300 Crown Colony Drive, Suite 410
                              Quincy, MA 02110
                              (617) 479-5000

Dated: June 22, 2004

                                        3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1.  Title of case (name of first party on each side only) __J.L. 2 Nguyen, Inc. v. Franklin Fryer__

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See
    local rule 40.1(a)(1)).

    ☐   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☒   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

    ☐   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ☐   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.                        04 1144

    ☐   V.    150, 152, 153.

3.  Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in
    this district please indicate the title and number of the first filed case in this court.

    None

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                        YES ☐        NO ☒

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
    28 USC §2403)

                                                        YES ☐        NO ☒

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                        YES ☐        NO ☒

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                        YES ☐        NO ☒

7.  Do <u>all</u> of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule
    40.1(d)).

                                                        YES ☒        NO ☐

    A.  If yes, in which division do <u>all</u> of the non-governmental parties reside?

        Eastern Division   ☒         Central Division   ☐         Western Division   ☐

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
        agencies,  residing in Massachusetts reside?

        Eastern Division   ☐         Central Division   ☐         Western Division   ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
    yes, submit a separate sheet identifying the motions)

                                                        YES ☐        NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME __William P. Breen, Jr., Esq.__

ADDRESS __300 Crown Colony Drive, Suite 410, Quincy, MA 02169__

TELEPHONE NO. __(617) 479-5000__

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

J.L. 2 Nguyen, Inc.

**(b)** County of Residence of First Listed Plaintiff   Norfolk
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Gregory F. Galvin, Esq.
775 Pleasant Street, Unit 16
Weymouth, MA 02189; (781) 340-5335

## DEFENDANTS

Franklin Fryer, Jeffrey Richards, Robert J. Leary, Richard T. Marino and James Thomas

County of Residence of First Listed   Norfolk
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
William P. Breen, Jr., Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169; (617) 479-5000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury — Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS — Third Party 26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
The Plaintiff alleges that the Defendants are liable under 42 U.S.C. §1983 for the Defendants prosecution of the Plaintiff's violation of Massachusetts liquor laws.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE

DOCKET NUMBER

DATE
June 22, 2004

SIGNATURE OF ATTORNEY OF RECORD
William P. Breen, Jr.

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE