UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11447 MLW

| | |
|---|---|
| J.L. 2 NGUYEN, INC., <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| FRANKLIN FRYER, JEFFREY RICHARDS, ROBERT J. LEARY, RICHARD T. MARINO and JAMES THOMAS, As They Constitute The Board of License Commissioners For The Town of Weymouth, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as Counsel on behalf of Defendants Franklin Fryer, Jeffrey Richards, Robert J. Leary, Richard T. Marino and James Thomas, As They Constitute The Board of License Commissioners For The Town of Weymouth, in connection with the above-captioned matter.

                                            The Defendants,
                                            FRANKLIN FRYER, JEFFREY RICHARDS,
                                            ROBERT J. LEARY, RICHARD T. MARINO, and
                                            JAMES THOMAS, As They Constitute The Board
                                            of License Commissioners For The Town of
                                            Weymouth,
                                            By their attorneys,

                                            William P. Breen, Jr., Esq. BBO # 558768
                                            MURPHY, HESSE, TOOMEY & LEHANE, LLP
                                            300 Crown Colony Drive, Suite 410
                                            Quincy, MA 02110
                                            (617) 479-5000

Dated: June 22, 2004

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 23rd day of June, 2004, he served a copy of the foregoing document, via first class mail, upon the following:

Gregory F. Galvin, Esq.
775 Pleasant Street, Unit 16
Weymouth, MA 02189

_____
William P. Breen, Jr.