UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

J.L. 2 NGUYEN, INC., )
)
Plaintiff )
)
v. )
) C.A. No. 04-11447MLW
FRANKLIN FRYER, JEFFREY RICHARDS, )
ROBERT J. LEARY, RICHARD T. MARINO, )
and JAMES THOMAS, as they constitute the )
Board of License Commissioners for the Town )
of Weymouth, )
)
Defendants )

## STIPULATION OF DISMISSAL

It is hereby stipulated by the parties that pursuant to F.R.C.P. Rule 41(a)(1) that all claims be dismissed with prejudice and without costs.

Respectfully submitted,                    Respectfully submitted,

FRANKLIN FRYER, et al.                     J.L. 2 NGUYEN, INC.

By their attorney,                         By its attorney,

William P. Breen, Jr., Esq.                Gregory F. Galvin, Esq.
B.B.O. # 558768                            BBO #183920
Murphy, Hesse, Toomey & Lehane, LLP        Attorney for Plaintiff
Attorney for Defendants                    775 Pleasant Street, Unit 16
300 Crown Colony Drive, Suite 410          Weymouth, MA 02189
Quincy, MA 02110                           (781) 340-5335
(617) 479-5000

Dated: 8/2/04

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 2nd day of August, 2004, he served a copy of the foregoing Stipulation of Dismissal, via first class mail, upon the following:

Gregory F. Galvin, Esq.
775 Pleasant Street, Unit 16
Weymouth, MA 02189

_____
William P. Breen, Jr.